Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

CJ25 587-

# UNITED STATES DISTRICT COURT
for the

_____ District of Oklahoma

_____ Division

Mа.

Sylvonia X
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Discovery Senior Living
Danielle Brandon, Employers Edge
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
) Case No. _____
)       (to be filled in by the Clerk's Office)
)
) Jury Trial: (check one)  [ ] Yes  [ ] No
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Sylvonia X
   Street Address: 7306 Skylark Court
   City and County: Oklahoma City
   State and Zip Code: Oklahoma 73162
   Telephone Number: (510) 472-5638
   E-mail Address: Havingitmyway53@gmail.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 6

Defendant No. 1
- Name: Danielle Brandon
- Job or Title (if known): Divisional Director of HR
- Street Address: 3461 Bonita Bay Blvd Suite 100
- City and County: Bonita Springs
- State and Zip Code: Florida 34134
- Telephone Number: (945) 599-2492
- E-mail Address (if known):

Defendant No. 2
- Name: Jarmaine Marks
- Job or Title (if known): Agent
- Street Address: P.O. Box 351567
- City and County: Westminster, Adams County
- State and Zip Code: Colorado 80035
- Telephone Number: (866) 675-3856
- E-mail Address (if known):

Defendant No. 3
- Name: Mandy Zeigler
- Job or Title (if known): CNA
- Street Address: 7201 NW 122nd St
- City and County: Oklahoma City, Oklahoma
- State and Zip Code: Oklahoma, 73142
- Telephone Number: (405) 200-5643
- E-mail Address (if known):

Defendant No. 4
- Name: Discovery Senior Living Richard Hutchinson
- Job or Title (if known): CEO
- Street Address: 3461 Bonita Bay Blvd Suite 100
- City and County: Bonita Springs
- State and Zip Code: Florida 34134
- Telephone Number: (239) 908-2921
- E-mail Address (if known):

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Mahada W. Lake Hefner |
| Street Address | 7535 W. Hefner Road |
| City and County | Oklahoma City, Oklahoma |
| State and Zip Code | Oklahoma 73162 |
| Telephone Number | (405) 773-8300 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☐ Other acts *(specify)*: Discrimination of age act of 1967

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) August 5, 2024

C. I believe that defendant(s) *(check one)*:
- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- ☐ race
- ☐ color
- ☐ gender/sex
- ☐ religion
- ☐ national origin
- ☒ age *(year of birth)* 1960 *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.
I was discriminated, falsely terminated and falsely accused of allegedly threatening violence on another (HR) was particularly egregious, grossly unfair conduct.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

It was reported to the executive director that the employee stated she would check my old ass. And I told the executive director that statement was the act of age discrimination of 1967. She reported to HR and I continued to get harassed which was reported. That led to all the lies.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

   A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

   B. The Equal Employment Opportunity Commission *(check one)*:
   
   ☐ has not issued a Notice of Right to Sue letter.
   
   ☒ issued a Notice of Right to Sue letter, which I received on *(date)* 05/23/2025.
   
   *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

   C. Only litigants alleging age discrimination must answer this question.
   
   Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:
   
   ☐ 60 days or more have elapsed.
   ☒ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1) <u>Discrimination by age.</u>
I was told by Mandy Zeigler she stated too me in front of the cook manager. Don't think I won't check your old ass. I reported it to the Executive director, she reported it to HR. It was swept under the rug. August 5, 2024

2) <u>Wrongful Termination</u> I was terminated by false accusation that I threatened another employee. October 28th, 2024

3) <u>Defamation of Character/Libel.</u>
The employer went on false statements from other employees.

4) <u>Wrongful Termination.</u> I was terminated for false accusation Mandy Zeigler made the statement too me that don't think I wont check your old ass.

Danielle Brandon - HR - turned it over to unemployment which is a third party.

Jermaine Marks confirmed with the 3rd party Unemployment Security Commission that I was discharged for inappropriate conduct in the workplace. Stating I would bring someone to the job to harm the assistant cook.

Evidence to substantiate the employers allegations was not provided and there was no misconduct found.

ATTACHMENT (2)

I'm asking for Lost of wages, For <u>False Termination.</u> <u>Emotional distress</u> being humiliated, Damage to my personal relationships with residents and co-workers. It all took place from 8/05/2024 until I was fired from Morada Sencer Living on 10/28/2024

<u>Punitive damages</u>

Danielle-The defendant's behavior was particularly egregious or unconscionable. She knew that there was no statement or alleged victim in this situation And had 2 co-workers make false statements to try and prove to Unemployment Security Commission that I was at fault.

I was falsely accussed, she knowingly sent that information from co-workers to defame my character with my residents and family members. The Residents and family members were shocked and hurt that I was fired.

Respectfully
Sylronea X
(510) 472-5638

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/15/2025

Signature of Plaintiff: Sylvonia X

Printed Name of Plaintiff: Sylvonia X

### B. For Attorneys

Date of signing: 

Signature of Attorney: 
Printed Name of Attorney: 
Bar Number: 
Name of Law Firm: 
Street Address: 
State and Zip Code: 
Telephone Number: 
E-mail Address: